☒ FILED        ☐ LODGED

## Apr 19 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.:   23-05883MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-19-23 | 4-19-23  0945 | N/A |

INVENTORY MADE IN THE PRESENCE OF

W. AKINS / A. ATAYRE

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

540 grams of marijuana

PACKAGING MATERIAL

## NOT EXECUTED

☐   This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 4-19-23

_____
Executing Officer's Signature

_____
William P. Akins, Postal Inspector
Printed Name and Title